# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160109-10 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee/Cross-Appellant,

v

PERRY STANLEY,
      Defendant-Appellant/Cross-Appellee.

SC: 160109-10
COA: 340464, 340465
Wayne CC: 17-003086-FC;
           17-003087-FC

_____/

      On order of the Court, the application for leave to appeal the June 25, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      MARKMAN, J., would grant leave to appeal as to the prosecutor's cross-appeal in Docket No. 160110 to assess whether sufficient evidence has been presented to sustain defendant's conviction for conspiracy to commit armed robbery.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



Clerk

s0318